Kauffman Estate.

Argued April 29, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

 

 reargument refused August 5, 1971.

*Harold E. Martin,* with him *Marshall M. Cohen,* for appellant.

*James F. Heinly,* with him *Newcomer, Roda & Morgan,* for appellee.

OPINION PER CURIAM, June 28, 1971:

Since the appellant has no standing to appeal, the appeal is quashed. Costs on the appellant.